UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
MEMPHIS DIVISION

MARK POLK
    Plaintiff

v.                                                  Docket No. 2:12-cv-02355-SHM-cgc
SHELBY COUNTY SCHOOLS,
JOHN S. AITKEN, LOIS WILLIAMS,
DAVID PICKLER, CHAD STEVENS,
BREEN STEVENS (INDIVIDUALLY),
DAN HADDOW, JEFFRY COZZENS,
THOMASENA STUCKETT and
JANE GATEWOOD,
    **Defendants.**

---

ORDER ON VOLUNTARY DISMISSAL

---

THIS MATTER came to be heard upon the request of the Plaintiff, by and through his attorney, Victoria W. Gillard, to voluntarily dismiss this pending matter for good cause shown, it is accordingly

ORDERED AND NOTICE IS HEREBY GIVEN that the Plaintiff's matter under case number 2:12-cv-02355 is hereby dismissed.

Approved For Entry:

<u>/s/Victoria W. Gillard</u>
Victoria W. Gillard #22803
3030 Covington Pike #270
Memphis, TN  38128
(901) 522-0009

Please serve all parties